FILED
JUN 3 0 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRCT COURT
EASTERN DISTRCT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>EDWARD BARBER, )<br>)<br>Defendant. ) | 4:21CR00384 SEP/NCC |

## INDICTMENT

## GENERAL ALLEGATIONS

The Grand Jury charges that:

At all times relevant to this Indictment:

1. The City of St. Louis (MO) is a governmental entity pursuant to the laws of the State of Missouri;

2. Among other functions, the City of St. Louis operates the City Justice Center, which houses pre-trial detainees and sentenced misdemeanor offenders;

3. The City Justice Center is staffed by correctional officers and civilian employees who perform tasks including inmate intake;

4. Defendant EDWARD BARBER was employed by the City of St. Louis as a civilian prisoner processor;

5. Defendant EDWARD BARBER was tasked with assisting corrections officers and other law enforcement personnel by performing functions relating to the receipt, identification, and detention of arrestees.

1

## COUNT ONE
## [18 U.S.C. §242]

6. Paragraphs 1-5 of the General Allegations are incorporated by reference in this count.

7. On or about July 11, 2019, within the Eastern District of Missouri, the defendant,

**EDWARD BARBER,**

while acting under color of law, willfully deprived M.L.J. of the right to be free from unreasonable seizure, a right secured and protected by the Constitution and laws of the United States, which includes the right to be free from the use of unreasonable force. In so doing, the defendant assaulted M.L.J. while M.L.J. was detained and did not pose a threat to anyone. This offense resulted in bodily injury to M.L.J.

In violation of and punishable under Title 18, United States Code, Section 242.

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
UNITED STATES ATTORNEY

_____
SIRENA MILLER WISSLER
ASSISTANT UNITED STATES ATTORNEY
111 S. 10th Street, 20th Floor
St. Louis, MO 63102

2