**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:21-cr-00384-SEP (NCC) |
| ) | |
| EDWARD BARBER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Noelle C. Collins (Doc. [46]), filed August 8, 2022, be and hereby is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (Doc. [33]) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Alternative Motion for Bill of Particulars (Doc. [33]) is **DENIED**.

**IT IS FINALLY ORDERED** that this matter is set for trial Monday, November 14, 2022, at 9:00 AM.

Dated this 14th day of September, 2022.

*[signature]*

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE